No. 88–631.   Cox Enterprises, Inc., dba Waco Tribune Herald, et al. v. Guinn.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 88–676.   Ikard, dba Ikard Manufacturing Co. v. United States.   C. A. 11th Cir.   Certiorari denied.

No. 88–702.   Knox v. United States.   C. A. 11th Cir.   Certiorari denied.

No. 88–710.   Orkin Exterminating Co., Inc. v. Federal Trade Commission.   C. A. 11th Cir.   Certiorari denied.

No. 88–712.   Shirley et al. v. Schraer, Postmaster, United States Postal Service, San Antonio Division, et al.   C. A. 5th Cir.   Certiorari denied.

No. 88–713.   Action Automotive, Inc. v. National Labor Relations Board.   C. A. 6th Cir.   Certiorari denied.

No. 88–731.   Western Pennsylvania Teamsters & Employers Pension Fund et al. v. Carl Colteryahn Dairy, Inc., et al.   C. A. 3d Cir.   Certiorari denied.

No. 88–743.   Wilson v. United States.   C. A. 11th Cir.   Certiorari denied.

No. 88–744.   Turner v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 88–745.   New York v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 88–756.   International Longshoremen's Assn., AFL–CIO, et al. v. Federal Maritime Commission et al.   C. A. D. C. Cir.   Certiorari denied.

No. 88–760.   Keystone Lamp Manufacturing Co. v. National Labor Relations Board.   C. A. 3d Cir.   Certiorari denied.